AO 440 (Rev. 03/08) Civil Summons

FILED E-filing

# UNITED STATES DISTRICT COURT

for the

Northern District of California

2008 APR 28 P 1: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

| HOMETRONICS, INC, a Texas Corporation | ) | |
|---|---|---|
| Plaintiff | ) | CV 08 1751 |
| v | ) | Civil Action No. |
| Cecil Fred Reace, Electronic Archi-Techs, Inc., Andrea Nowak, Sheila Reacer | ) | |
| Defendant | ) | JF |

## Summons in a Civil Action

To: Cecil Fred Reace, Electronic Archi-Techs, Inc., Andrea Nowak. Sheila Reacer
    *(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Marc E. Hankin
Hankin Patent Law, APC
6404 Wislhire Blvd., Suite 1020
Los Angeles, CA 90048

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **APR 2 2008**
Format mm/dd/yyyy

Richard W. Wieking
Name of clerk of court

Helen L. Almacen
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



| Attorney or Party without Attorney: MARC E. HANKIN, Bar #170505<br>HANKIN PATENT LAW<br>6404 WILSHIRE BOULEVARD<br>SUITE 1020<br>LOS ANGELES, CA 90048<br>Telephone No: 800-201-6670    FAX No: 323-801-0266<br>Attorney for: Plaintiff | | | | For Court Use Only<br>FILED<br>2008 APR 28 P 1: 21<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
|---|---|---|---|---|
| Ref. No. or File No.: | | | | |
| Insert name of Court, and Judicial District and Branch Court: U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: HOMETRONICS, INC., ETC. | | | | |
| Defendant: CECIL FRED REACER, ETC., ET AL. | | | | |
| **PROOF OF SERVICE SUMMS IN CIV. ACTION** | Hearing Date: | Time: | Dept/Div: | Case Number: CV081751 JF HRL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Verified Complaint; Civil Cover Sheet; Drop Box Filing Procedures; Order Setting Initial Case Management Conference And Adr Deadlines;standing Order Re Pretrial Preparation; Standing Order Regarding Case Management In Civil Cases; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division; Northern District California San Jose Division Criminal And Civil Law And Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules.

3. a. Party served: ELECTRONIC ARCHI-TECHS, INC., A NEVADA CORPORATION
   b. Person served: JUDY MCWHIRTER, RECEPTIONIST. AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: 101 CONVENTION CENTER DRIVE
   SUITE 700
   LAS VEGAS, NV 89109

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Apr. 03, 2008 (2) at: 2:05PM

7. *Person Who Served Papers:*      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. HOPE PECK
   
   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197
   
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 4597
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Apr. 08, 2008

   (HOPE PECK)

Judicial Council Form    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMS IN CIV. ACTION                4059277.marhan.124412