AO 440 (Rev. 03/08) Civil Summons

FILED E-filing

# UNITED STATES DISTRICT COURT
for the
Northern District of California

2008 APR 28 P 1: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

HOMETRONICS, INC, a Texas Corporation  ) 
 Plaintiff )
 v. ) Civil Action No.
Cecil Fred Reace, Electronic Archi-Techs, Inc., Andrea )
Nowak, Sheila Reacer )
 Defendant )

CV 08 1751

JF

## Summons in a Civil Action

To: Cecil Fred Reace, Electronic Archi-Techs, Inc., Andrea Nowak, Sheila Reacer
*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Marc E. Hankin
Hankin Patent Law, APC
6404 Wislhire Blvd., Suite 1020
Los Angeles, CA 90048

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of Clerk of Court

Date: APR 2 2008
Format mm/dd/yyyy

Helen L. Almacen
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



| Attorney or Party without Attorney: <br> MARC E. HANKIN, Bar #170505 <br> HANKIN PATENT LAW <br> 6404 WILSHIRE BOULEVARD <br> SUITE 1020 <br> LOS ANGELES, CA 90048 <br> Telephone No: 800-201-6670   FAX No: 323-801-0266 | For Court Use Only <br><br> FILED <br><br> 2008 APR 28 P 1: 21 <br><br> RICHARD W. WIEKING <br> CLERK <br> U.S. DISTRICT COURT <br> NO. DIST. OF CA. S.J. |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: HOMETRONICS, INC., ETC. | |
| Defendant: CECIL FRED REACER, ETC., ET AL. | |

| PROOF OF SERVICE SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number: CV081751 JF HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Verified Complaint; Civil Cover Sheet; Drop Box Filing Procedures; Order Setting Initial Case Management Conference And Adr Deadlines;standing Order Re Pretrial Preparation; Standing Order Regarding Case Management In Civil Cases; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division; Northern District California San Jose Division Criminal And Civil Law And Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules.

3. a. Party served:  SHEILA REACER, AN INDIVIDUAL
   b. Person served: PARTY IN ITEM 3A. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:  1096 SUSAN WAY
   MARIN VILLAGE, CA  94947

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Apr. 10, 2008 (2) at: 9:05PM

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM RUIZ
   d. *The Fee for Service was:*
   
   First Legal Support Services sm
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331
   
   e. I am: (3) registered California process server
       (i)  Independent Contractor
       (ii) Registration No.: 186
       (iii) County: Marin

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Fri, Apr. 11, 2008
   
   Judicial Council Form
   Rule 982.9.(a)&(b) Rev January 1, 2007
   
   PROOF OF SERVICE
   SUMMS IN CIV. ACTION
   
   (JIM RUIZ)    4059271.marhan.124410

| Attorney or Party without Attorney: <br> MARC E. HANKIN, Bar #170505 <br> HANKIN PATENT LAW <br> 6404 WILSHIRE BOULEVARD <br> SUITE 1020 <br> LOS ANGELES, CA 90048 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 800-201-6670   FAX No: 323-801-0266 | | | | **FILED** <br><br> 2008 APR 28 P 1:21 <br><br> RICHARD W. WIEKING <br> CLERK <br> U.S. DISTRICT COURT <br> NO. DIST. OF CA. S.J. |
| Ref. No. or File No.: | | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: HOMETRONICS, INC., ETC. | | | | |
| Defendant: CECIL FRED REACER, ETC., ET AL. | | | | |
| **PROOF OF SERVICE** <br> **SUMMS IN CIV. ACTION** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV081751 JF HRL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Verified Complaint; Civil Cover Sheet; Drop Box Filing Procedures; Order Setting Initial Case Management Conference And Adr Deadlines;standing Order Re Pretrial Preparation; Standing Order Regarding Case Management In Civil Cases; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division; Northern District California San Jose Division Criminal And Civil Law And Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules.

3. a. Party served:          CECIL FRED REACER, AN INDIVIDUAL
   b. Person served:         party in item 3.a. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   1096 SUSAN WAY
                                         MARIN VILLAGE, CA 94947

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Apr. 10, 2008 (2) at: 9:05PM

7. *Person Who Served Papers:*          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM RUIZ
                                         d. *The Fee for Service was:*
                                         e. I am: (3) registered California process server
   **First Legal Support Services** sm        (i) Independent Contractor
   ATTORNEY SERVICES                         (ii) Registration No.:   186
   1138 HOWARD STREET                        (iii) County:            Marin
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Apr. 11, 2008

   Judicial Council Form                   PROOF OF SERVICE                      (JIM RUIZ)
   Rule 982.9.(a)&(b) Rev January 1, 2007  SUMMS IN CIV. ACTION                  4059266.marhan.124409