FILED E-filing

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
2008 APR 28 P 1:21

for the

Northern District of California

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

HOMETRONICS, INC, a Texas Corporation

Plaintiff

v.

Cecil Fred Reace, Electronic Archi-Techs, Inc., Andrea Nowak, Sheila Reacer

Defendant

CV 08 1751

Civil Action No.

JF

## Summons in a Civil Action

To: Cecil Fred Reace, Electronic Archi-Techs, Inc., Andrea Nowak, Sheila Reacer
*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Marc E. Hankin
Hankin Patent Law, APC
6404 Wislhire Blvd., Suite 1020
Los Angeles, CA 90048

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **APR 2 2008**
Format mm/dd/yyyy

Richard W. Wieking
Name of clerk of court

Helen L. Almacen
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)



| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>MARC E. HANKIN, Bar #170505<br>HANKIN PATENT LAW<br>6404 WILSHIRE BOULEVARD<br>SUITE 1020<br>LOS ANGELES, CA 90048<br>*Telephone No:* 800-201-6670   *FAX No:* 323-801-0266<br><br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | | **FILED**<br>2008 APR 28 P 1: 21<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* HOMETRONICS, INC., ETC.
*Defendant:* CECIL FRED REACER, ETC., ET AL.

| **PROOF OF SERVICE**<br>**SUMMS IN CIV. ACTION** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV081751 JF HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Verified Complaint; Civil Cover Sheet; Drop Box Filing Procedures; Order Setting Initial Case Management Conference And Adr Deadlines; standing Order Re Pretrial Preparation; Standing Order Regarding Case Management In Civil Cases; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division; Northern District California San Jose Division Criminal And Civil Law And Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules.

3. a. *Party served:*    ANDREA NOWAK, AN INDIVIDUAL

4. *Address where the party was served:*    870 MARKET STREET
SUITE 1246
SAN FRANCISCO, CA 94102

5. *I served the party:*
   d. **by other means** On: Fri., Apr. 18, 2008 at: 12:05PM by Posting and Mailing:
   party in item 3
   (1) **(Business)** by Posting and Mailing:
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Fri., Apr. 18, 2008 from: SAN FRANSICO, CA
   Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. *Person Who Served Papers:*
   a. DOUG SCHROEDER

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 190
      (iii) County: Marin

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Tue, Apr. 22, 2008

   (DOUG SCHROEDER)

   *Judicial Council Form*
   *Rule 2.150.(a)&(b) Rev January 1, 2007*

   PROOF OF SERVICE
   SUMMS IN CIV. ACTION

   4059273.marhan.124411