

1  LAWRENCE G. TOWNSEND  (SBN 88184)
   LAW OFFICES OF LAWRENCE G. TOWNSEND
2  455 Market Street, 19th Floor
   San Francisco, California 94105
3  Telephone:  (415) 882-3288
   Facsimile:   (415) 882-3299
4  E-Mail:  ltownsend@owe.com

5  Attorneys for Defendant
   ANDREA NOWAK
6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  HOMETRONICS, INC. a Texas corporation    )  Case No. CV 08 1751 JF
                                             )
12                         Plaintiff,        )  **DEFENDANT ANDREA NOWAK'S**
                                             )  **ANSWER TO PLAINTIFF'S**
13       vs.                                 )  **COMPLAINT FOR FEDERAL**
                                             )  **COPYRIGHT INFRINGEMENT;**
14  CECIL FRED REACER, an individual,        )  **FEDERAL UNFAIR COMPETITION IN**
    ELECTRONIC ARCHI-TECHS, INC., a          )  **VIOLATION OF LANHAM ACT 43(A);**
15  Nevada corporation, ANDREA NOWAK, an     )  **UNFAIR COMPETITION UNDER CAL.**
    individual, SHEILA REACER, an individual,)  **BUS. & PROF. CODE 17200 AND**
16  and DOES 1 through 10, inclusive,        )  **COMMON LAW UNFAIR**
                                             )  **COMPETITION; THEFT OF TRADE**
17                         Defendants.       )  **SECRETS; BREACH OF FIDUCIARY**
                                             )  **DUTY BY CORPORATE OFFICERS;**
18  _____ )  **BREACH OF CONTRACT; TORTIOUS**
                                                **INTERFERENCE WITH CONTRACT &**
19                                              **PROSPECTIVE BUSINESS**
                                                **ADVANTAGE; FRAUD AND DECEIT;**
20                                              **AND CONVERSION**

21                                              **DEMAND FOR JURY TRIAL**

22

23
                                **ANSWER**
24
        Defendant ANDREA NOWAK, an individual ("Defendant"), answers the complaint
25
    ("Complaint") as follows:
26

27

28                                  1

    _____

    Answer of Andrea Nowak to Complaint, etc.; Case No.: CV 08-1751 JF

**PARTIES**

1.      Answering the allegations of paragraph 1 of the Complaint, Defendant admits that Plaintiff has alleged this action arises out of federal copyright and trademark law.

2.      Answering the allegations of paragraph 2 of the Complaint, Defendant admits that Plaintiff has alleged that this court has subject matter jurisdiction over this action.

3.      Answering the allegations of paragraph 3 of the Complaint, Defendant admits that Plaintiff has alleged additional grounds for subject matter jurisdiction over this Defendant.

4.      Answering the allegations of paragraph 4 of the Complaint, Defendant admits that Plaintiff has alleged it has personal jurisdiction over all the defendants in this case.

5.      Answering the allegations of paragraph 5 of the Complaint, Defendant admits that Plaintiff has alleged venue is proper in this District, but Defendant denies that it does business as described in said paragraph and on that basis denies each and every allegation contained therein.

6.      Answering the allegations of paragraph 6 of the Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

7.      Answering the allegations of paragraph 7 of the Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

8.      Answering the allegations of paragraph 8 of the Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

9.      Answering the allegations of paragraph 9 of the Complaint, Defendant admits that Defendant is a resident of San Francisco, California, but as to the remaining allegations of paragraph 9, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

10.     Answering the allegations of paragraph 10 of the Complaint, Defendant is without

2

1  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

2  said paragraph, and on that basis denies each and every allegation contained therein.

3      11.    Answering the allegations of paragraph 11 of the Complaint, Defendant is without

4  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

5  said paragraph, and on that basis denies each and every allegation contained therein.

6      12.    Answering the allegations of paragraph 12 of the Complaint, Defendant denies

7  each and every allegation contained therein.

8      13.    Answering the allegations of paragraph 13 of the Complaint, Defendant is without

9  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

10  said paragraph, and on that basis denies each and every allegation contained therein.

11      14.    Answering the allegations of paragraph 14 of the Complaint, Defendant is without

12  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

13  said paragraph, and on that basis denies each and every allegation contained therein.

14      15.    Answering the allegations of paragraph 15 of the Complaint, Defendant is without

15  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

16  said paragraph, and on that basis denies each and every allegation contained therein.

17      16.    Answering the allegations of paragraph 16 of the Complaint, Defendant is without

18  sufficient knowledge or information to know of the alleged rights of Plaintiff, and on that basis

19  denies each and every such allegation.

20      17.    Answering the allegations of paragraph 17 of the Complaint, Defendant is without

21  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

22  the said paragraph, and on that basis denies each and every such allegation.

23      18.    Answering the allegations of paragraph 18 of the Complaint, Defendant is without

24  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

25  said paragraph, and on that basis denies each and every allegation contained therein.

26      19.    Answering the allegations of paragraph 19 of the Complaint, Defendant is without

27  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

28                                    3

1    said paragraph, and on that basis denies each and every allegation contained therein.

2         20.    Answering the allegations of paragraph 20 of the Complaint, Defendant is without

3    sufficient information or knowledge to form a belief as to the truth of the allegations contained in

4    said paragraph, and on that basis denies each and every allegation contained therein.

5         21.    Answering the allegations of paragraph 21 of the Complaint, Defendant is without

6    sufficient information or knowledge to form a belief as to the truth of the allegations contained in

7    said paragraph, and on that basis denies each and every allegation contained therein.

8         22.    Answering the allegations of paragraph 22 of the Complaint, Defendant is without

9    sufficient information or knowledge to form a belief as to the truth of the allegations contained in

10   said paragraph, and on that basis denies each and every allegation contained therein.

11        23.    Answering the allegations of paragraph 23 of the Complaint, the relationship with

12   Michael Bellum was entirely generated through the contacts and efforts of Defendant, but as to

13   the remaining allegations of paragraph 23, Defendant is without sufficient information or

14   knowledge to form a belief as to the truth of the allegations contained in said paragraph, and on

15   that basis denies each and every allegation contained therein.

16        24.    Answering the allegations of paragraph 24 of the Complaint, the relationship with

17   the Light Group was entirely generated through the contacts and efforts of Defendant, but as to

18   the remaining allegations of paragraph 24, Defendant is without sufficient information or

19   knowledge to form a belief as to the truth of the allegations contained in said paragraph, and on

20   that basis denies each and every allegation contained therein.

21        25.    Answering the allegations of paragraph 25 of the Complaint, Defendant is without

22   sufficient information or knowledge to form a belief as to the truth of the allegations contained in

23   said paragraph, and on that basis denies each and every allegation contained therein.

24        26.    Answering the allegations of paragraph 26 of the Complaint, Defendant is without

25   sufficient information or knowledge to form a belief as to the truth of the allegations contained in

26   said paragraph, and on that basis denies each and every allegation contained therein.

27        27.    Answering the allegations of paragraph 27 of the Complaint, Defendant denies

28                                          4

Answer of Andrea Nowak to Complaint, etc.; Case No.: CV 08-1751 JF

1  each and every such allegation.

2        28.    Answering the allegations of paragraph 28 of the Complaint, Defendant is without

3  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

4  said paragraph, and on that basis denies each and every allegation contained therein.

5        29.    Answering the allegations of paragraph 29 of the Complaint, Defendant is without

6  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

7  said paragraph, and on that basis denies each and every allegation contained therein.

8        30.    Answering the allegations of paragraph 30 of the Complaint, Defendant denies

9  each and every allegation contained therein.

10        31.    Answering the allegations of paragraph 31 of the Complaint, Defendant denies

11  each and every allegation contained therein.

12        32.    Answering the allegations of paragraph 32 of the Complaint, Defendant is without

13  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

14  said paragraph, and on that basis denies each and every allegation contained therein.

15        33.    Answering the allegations of paragraph 33 of the Complaint, Defendant denies

16  each and every allegation contained therein.

17        34.    Answering the allegations of paragraph 34 of the Complaint, Defendant denies

18  each and every allegation contained therein.

19        35.    Answering the allegations of paragraph 35 of the Complaint, Defendant denies

20  each and every allegation contained therein.

21        36.    Answering the allegations of paragraph 36 of the Complaint, Defendant is without

22  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

23  said paragraph, and on that basis denies each and every allegation contained therein.

24        37.    Answering the allegations of paragraph 37 of the Complaint, Defendant denies

25  each and every allegation contained therein.

26        38.    Answering the allegations of paragraph 38 of the Complaint, Defendant admits

27  that business cards were created but Defendant understood that these had been approved by

28

5

1  Plaintiff.  As to the remaining allegations of paragraph 38 and the personal motivations of

2  Reacer, Defendant is without sufficient information or knowledge to form a belief as to the truth

3  of the allegations contained in said paragraph, and on that basis denies each and every allegation

4  contained therein.

5         39.    Answering the allegations of paragraph 39 of the Complaint, Defendant is without

6  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

7  said paragraph, and on that basis denies each and every allegation contained therein.

8         40.    Answering the allegations of paragraph 40 of the Complaint, Defendant is without

9  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

10  said paragraph, and on that basis denies each and every allegation contained therein.

11         41.    Answering the allegations of paragraph 41 of the Complaint, Defendant denies

12  each and every allegation contained therein.

13         42.    Answering the allegations of paragraph 42 of the Complaint, admits receipt of a

14  February 2, 1008 letter from Plaintiff (Exhibit K to Complaint), but as to the remaining

15  allegations of paragraph 42, Defendant is without sufficient information or knowledge to form a

16  belief as to the truth of the allegations contained in said paragraph, and on that basis denies each

17  and every allegation contained therein.

18         43.    Answering the allegations of paragraph 43 of the Complaint, Defendant is without

19  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

20  said paragraph, and on that basis denies each and every allegation contained therein.

21         44.    Answering the allegations of paragraph 44 of the Complaint, Defendant is without

22  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

23  said paragraph, and on that basis denies each and every allegation contained therein.

24         45.    Answering the allegations of paragraph 45 of the Complaint, Defendant denies

25  each and every allegation contained therein.

26         46.    Answering the allegations of paragraph 46 of the Complaint, Defendant denies

27  each and every allegation contained therein.

28

Answer of Andrea Nowak to Complaint, etc.; Case No.: CV 08-1751 JF

47.    Answering the allegations of paragraph 47 of the Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

48.    Answering the allegations of paragraph 48 of the Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

49.    Answering the allegations of paragraph 49 of the Complaint, Defendant admits to receipt of the letter but as to the remaining allegations of paragraph 49, Defendant denies each and every allegation contained therein.

50.    Answering the allegations of paragraph 50 of the Complaint, Defendant admits to receipt of the letter but as to the remaining allegations of paragraph 50, Defendant denies each and every allegation contained therein.

51.    Answering the allegations of paragraph 51 of the Complaint, Defendant denies each and every allegation contained therein.

52.    Answering the allegations of paragraph 52 of the Complaint, Defendant denies each and every allegation contained therein.

53.    Answering the allegations of paragraph 53 of the Complaint, Defendant denies each and every allegation contained therein.

54.    Answering the allegations of paragraph 54 of the Complaint, Defendant repeats and realleges its answers to paragraphs 1 through 53, inclusive, as though fully set forth herein.

55.    Answering the allegations of paragraph 55 of the Complaint, Defendant denies each and every such allegation.

56.    Answering the allegations of paragraph 56 of the Complaint, Defendant denies each and every such allegation.

57.    Answering the allegations of paragraph 57 of the Complaint, Defendant denies each and every such allegation.

58.    Answering the allegations of paragraph 58 of the Complaint, Defendant denies

7

1 | each and every such allegation.

2 |      59.     Answering the allegations of paragraph 59 of the Complaint, Defendant denies

3 | each and every such allegation.

4 |      60.     Answering the allegations of paragraph 60 of the Complaint, Defendant repeats

5 | and realleges its answers to paragraphs 1 through 59, inclusive, as though fully set forth herein.

6 |      61.     Answering the allegations of paragraph 61 of the Complaint, Defendant is without

7 | sufficient information or knowledge to form a belief as to the truth of the allegations contained in

8 | said paragraph, and on that basis denies each and every allegation contained therein.

9 |      62.     Answering the allegations of paragraph 62 of the Complaint, Defendant is without

10 | sufficient information or knowledge to form a belief as to the truth of the allegations contained in

11 | said paragraph, and on that basis denies each and every allegation contained therein.

12 |      63.     Answering the allegations of paragraph 63 of the Complaint, Defendant denies

13 | each and every allegation contained therein.

14 |      64.     Answering the allegations of paragraph 64 of the Complaint, Defendant denies

15 | each and every allegation contained therein.

16 |      65.     Answering the allegations of paragraph 65 of the Complaint, Defendant denies

17 | each and every allegation contained therein.

18 |      66.     Answering the allegations of paragraph 66 of the Complaint, Defendant denies

19 | each and every allegation contained therein.

20 |      67.     Answering the allegations of paragraph 67 of the Complaint, Defendant denies

21 | each and every allegation contained therein.

22 |      68.     Answering the allegations of paragraph 68 of the Complaint, Defendant repeats

23 | and realleges its answers to paragraphs 1 through 67, inclusive, as though fully set forth herein.

24 |      69.     Answering the allegations of paragraph 69 of the Complaint, Defendant denies

25 | each and every allegation contained therein.

26 |      70.     Answering the allegations of paragraph 70 of the Complaint, Defendant denies

27 | each and every allegation contained therein.

28 |

8

Answer of Andrea Nowak to Complaint, etc.; Case No.: CV 08-1751 JF

71.     Answering the allegations of paragraph 71 of the Complaint, Defendant denies each and every allegation contained therein.

72.     Answering the allegations of paragraph 72 of the Complaint, Defendant denies each and every allegation contained therein.

73.     Answering the allegations of paragraph 73 of the Complaint, Defendant denies each and every allegation contained therein.

74.     Answering the allegations of paragraph 74 of the Complaint, Defendant denies each and every allegation contained therein.

75.     Answering the allegations of paragraph 75 of the Complaint, Defendant denies each and every allegation contained therein.

76.     Answering the allegations of paragraph 76 of the Complaint, Defendant repeats and realleges its answers to paragraphs 1 through 75, inclusive, as though fully set forth herein.

77.     Answering the allegations of paragraph 77 of the Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

78.     Answering the allegations of paragraph 78 of the Complaint, Defendant denies each and every allegation contained therein.

79.     Answering the allegations of paragraph 79 of the Complaint, Defendant denies each and every allegation contained therein.

80.     Answering the allegations of paragraph 80 of the Complaint, Defendant denies each and every allegation contained therein.

81.     Answering the allegations of paragraph 81 of the Complaint, Defendant repeats and realleges its answers to paragraphs 1 through 80, inclusive, as though fully set forth herein.

82.     Answering the allegations of paragraph 82 of the Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

83.     Answering the allegations of paragraph 83 of the Complaint, Defendant denies

9

Answer of Andrea Nowak to Complaint, etc.; Case No.: CV 08-1751 JF

1  each and every allegation contained therein.

2      84.    Answering the allegations of paragraph 84 of the Complaint, Defendant denies

3  each and every allegation contained therein.

4      85.    Answering the allegations of paragraph 85 of the Complaint, Defendant denies

5  each and every allegation contained therein.

6      86.    Answering the allegations of paragraph 86 of the Complaint, Defendant repeats

7  and realleges its answers to paragraphs 1 through 85, inclusive, as though fully set forth herein.

8      87.    Answering the allegations of paragraph 87 of the Complaint, Defendant is without

9  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

10  said paragraph, and on that basis denies each and every allegation contained therein.

11      88.    Answering the allegations of paragraph 88 of the Complaint, Defendant is without

12  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

13  said paragraph, and on that basis denies each and every allegation contained therein.

14      89.    Answering the allegations of paragraph 89 of the Complaint, Defendant denies

15  each and every allegation contained therein.

16      90.    Answering the allegations of paragraph 90 of the Complaint, Defendant is without

17  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

18  said paragraph, and on that basis denies each and every allegation contained therein.

19      91.    Answering the allegations of paragraph 91 of the Complaint, Defendant denies

20  each and every allegation contained therein.

21      92.    Answering the allegations of paragraph 92 of the Complaint, Defendant denies

22  each and every allegation contained therein.

23      93.    Answering the allegations of paragraph 93 of the Complaint, Defendant is without

24  sufficient information or knowledge to form a belief as to the truth of the allegations contained in

25  said paragraph, and on that basis denies each and every allegation contained therein.

26      94.    Answering the allegations of paragraph 94 of the Complaint, Defendant cannot

27  decipher the meaning of the allegations and on that basis denies each and every allegation

28

10

1  therein.

2       95.    Answering the allegations of paragraph 95 of the Complaint, Defendant denies

3  each and every allegation contained therein.

4       96.    Answering the allegations of paragraph 96 of the Complaint, Defendant repeats

5  and realleges its answers to paragraphs 1 through 95, inclusive, as though fully set forth herein.

6       97.    Answering the allegations of paragraph 97 of the Complaint, Defendant is without

7  information or belief as to what Plaintiff believed or assumed and on that basis denies each and

8  ever allegation contained therein.

9       98.    Answering the allegations of paragraph 98 of the Complaint, Defendant is without

10  information or belief as to what Plaintiff believed or assumed and on that basis denies each and

11  ever allegation contained therein.

12       99.    Answering the allegations of paragraph 99 of the Complaint, Defendant denies

13  each and every allegation contained therein.

14       100.    Answering the allegations of paragraph 100 of the Complaint, Defendant denies

15  each and every allegation contained therein.

16       101.    Answering the allegations of paragraph 101 of the Complaint, Defendant denies

17  each and every allegation contained therein.

18       102.    Answering the allegations of paragraph 102 of the Complaint, Defendant repeats

19  and realleges its answers to paragraphs 1 through 101, inclusive, as though fully set forth herein.

20       103.    Answering the allegations of paragraph 103 of the Complaint, Defendant is

21  without information or belief as to what Plaintiff believed or assumed and on that basis denies

22  each and ever allegation contained therein.

23       104.    Answering the allegations of paragraph 104 of the Complaint, Defendant denies

24  each and every allegation contained therein.

25       105.    Answering the allegations of paragraph 105 of the Complaint, Defendant denies

26  each and every allegation contained therein.

27       106.    Answering the allegations of paragraph 106 of the Complaint, Defendant denies

28  11

1    each and every allegation contained therein.

2         107.    Answering the allegations of paragraph 107 of the Complaint, Defendant denies

3    each and every allegation contained therein.

4         108.    Answering the allegations of paragraph 108 of the Complaint, Defendant denies

5    each and every allegation contained therein.

6         109.    Answering the allegations of paragraph 109 of the Complaint, Defendant denies

7    each and every allegation contained therein.

8         110.    Answering the allegations of paragraph 110 of the Complaint, Defendant denies

9    each and every allegation contained therein.

10        111.    Answering the allegations of paragraph 111 of the Complaint, Defendant denies

11   each and every allegation contained therein.

12        112.    Answering the allegations of paragraph 112 of the Complaint, Defendant denies

13   each and every allegation contained therein.

14        113.    Answering the allegations of paragraph 113 of the Complaint, Defendant denies

15   each and every allegation contained therein.

16        114.    Answering the allegations of paragraph 114 of the Complaint, Defendant denies

17   each and every allegation contained therein.

18        115.    Answering the allegations of paragraph 115 of the Complaint, Defendant repeats

19   and realleges its answers to paragraphs 1 through 114, inclusive, as though fully set forth herein.

20        116.    Answering the allegations of paragraph 116 of the Complaint, Defendant is

21   without sufficient information or knowledge to form a belief as to the truth of the allegations

22   contained in said paragraph, and on that basis denies each and every allegation contained therein.

23        117.    Answering the allegations of paragraph 117 of the Complaint, Defendant is

24   without sufficient information or knowledge to form a belief as to the truth of the allegations

25   contained in said paragraph, and on that basis denies each and every allegation contained therein.

26        118.    Answering the allegations of paragraph 118 of the Complaint, Defendant is

27   without sufficient information or knowledge to form a belief as to the truth of the allegations

28

Answer of Andrea Nowak to Complaint, etc.; Case No.: CV 08-1751 JF

1  contained in said paragraph, and on that basis denies each and every allegation contained therein.

2        119.    Answering the allegations of paragraph 119 of the Complaint, Defendant is

3  without sufficient information or knowledge to form a belief as to the truth of the allegations

4  contained in said paragraph, and on that basis denies each and every allegation contained therein.

5        120.    Answering the allegations of paragraph 120 of the Complaint, Defendant is

6  without sufficient information or knowledge to form a belief as to the truth of the allegations

7  contained in said paragraph, and on that basis denies each and every allegation contained therein.

8

9  **AFFIRMATIVE DEFENSES**

10  **FIRST AFFIRMATIVE DEFENSE**
   **(Failure to State a Claim)**

11

12        121.    The Complaint and each claim therein, fails to state a claim upon which relief can

   be granted against Defendant.

13

14

15  **SECOND AFFIRMATIVE DEFENSE**
   **(No Privity of Contract)**

16        122.    This answering Defendant was not in privity of contract with the Plaintiff where

17  breach of contract is alleged.

18

19  **THIRD AFFIRMATIVE DEFENSE**
   **(Laches)**

20        123.    Plaintiff has unreasonably delayed in asserting each and every cause of action, and

21  Defendant has been unjustifiably prejudiced by that delay.  Accordingly, Plaintiff is barred by the

22  doctrine of laches from seeking any relief against Defendant.

23

24  **FOURTH AFFIRMATIVE DEFENSE**
   **(Waiver, Estoppel, Consent and Ratification)**

25        124.    Plaintiff's causes of action are barred by the doctrines of waiver, estoppel, consent

26  and ratification.

27

28  13

### FIFTH AFFIRMATIVE DEFENSE
#### (Innocent Infringer)

125.    Defendant's infringement, if any, was innocent and Defendant was an innocent infringer.

### SIXTH AFFIRMATIVE DEFENSE
#### (Set-Off)

126.    Plaintiff's recovery, if any, shall be reduced by benefits received by Plaintiff due to referrals made by Defendant including, without limitation, the Light Group.

WHEREFORE, Defendant Andrea Nowak, prays for a judgment and order as follows:

A.    Dismissing with prejudice the entirety of Plaintiff's complaint and each of the causes of action stated therein and ordering that Plaintiff take nothing by its Complaint;

B.    Awarding Defendant its damages, costs, investigative expenses and attorneys' fees in defending this Complaint; and

C.    Awarding Defendant such other and further relief as the Court may determine to be just and proper under the circumstances.

Respectfully submitted,

Dated:  May 29, 2008                    LAW OFFICES OF LAWRENCE G. TOWNSEND

By:  _____/s/ Lawrence G. Townsend_____
Lawrence G. Townsend
Attorneys For Defendant ANDREA NOWAK

14

Answer of Andrea Nowak to Complaint, etc.; Case No.: CV 08-1751 JF

1

2

## DEMAND FOR JURY TRIAL

3

4       Defendant demands a jury trial for all claims as provided for in Rule 38 of the Federal

5   Rules of Civil Procedure.

6

7
    Dated: May 29, 2008                    LAW OFFICES OF LAWRENCE G. TOWNSEND
8

9

10                                          By: _____/s/ Lawrence G. Townsend_____
                                                 Lawrence G. Townsend
11                                          Attorneys For Defendant ANDREA NOWAK

12

13
    S:\LGT-TENA\NOWAK\Answer-Final.wpd
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          15

Answer of Andrea Nowak to Complaint, etc.; Case No.: CV 08-1751 JF

**VERIFICATION**

I, Andrea Nowak, declare as follows:

I am a defendant in this case. I have read the attached **DEFENDANT ANDREA NOWAK'S ANSWER TO PLAINTIFF'S COMPLAINT FOR FEDERAL COPYRIGHT INFRINGEMENT; FEDERAL UNFAIR COMPETITION IN VIOLATION OF LANHAM ACT 43(A); UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE 17200 AND COMMON LAW UNFAIR COMPETITION; THEFT OF TRADE SECRETS; BREACH OF FIDUCIARY DUTY BY CORPORATE OFFICERS; BREACH OF CONTRACT; TORTIOUS INTERFERENCE WITH CONTRACT & PROSPECTIVE BUSINESS ADVANTAGE; FRAUD AND DECEIT; AND CONVERSION/ DEMAND FOR JURY TRIAL** and know the contents thereof. The contents are true of my own knowledge except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of May, 2008, at San Francisco, California.

Andrea I. Nowak

Andrea Nowak