LAWRENCE G. TOWNSEND  (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone:  (415) 882-3288
Facsimile:   (415) 882-3299
E-Mail:  ltownsend@owe.com

Attorneys for Defendant
ANDREA NOWAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMETRONICS, INC. a Texas corporation ) | Case No. CV 08 1751 JF |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF INTERESTED** |
| ) | **PARTIES** |
| vs. ) | |
| ) | |
| CECIL FRED REACER, an individual, ) | |
| ELECTRONIC ARCHI-TECHS, INC., a ) | |
| Nevada corporation, ANDREA NOWAK, an ) | |
| individual, SHEILA REACER, an individual, ) | |
| and DOES 1 through 10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The undersigned, counsel of record for Defendant Andrea Nowak, certifies that there are no parties other than this named defendant that have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  May 29, 2008                    LAW OFFICES OF LAWRENCE G. TOWNSEND

                                        By:      /s/ Lawrence G. Townsend
                                                 Lawrence G. Townsend
                                        Attorneys For Defendant
                                        ANDREA NOWAK

1

Certificate Of Interested Parties; Case No.: CV 08-1751 JF