| | |
|---|---|
| MARC E. HANKIN (SBN: 170505)<br>E-Mail: Marc@HankinPatentLaw.com<br>IMRAN F. VAKIL (SBN: 248859)<br>E-Mail: Imran@HankinPatentLaw.com<br>HANKIN PATENT LAW,<br>A Professional Corporation<br>6404 Wilshire Boulevard, Suite 1020<br>Los Angeles, CA  90048-5512<br>Telephone:  (323) 801-0260<br>Facsimile:   (323) 801-0266 | **E-filed 8/8/08** |

Attorneys for Plaintiff, HomeTronics, Inc.

Lawrence G. Townsend (SBN: 88184)
455 Market Street, 19th Floor
San Francisco, CA  94105
Tel: 415-882-3288
Fax: 415-882-3299
Email: lgt@lgt-law.com

Attorneys for Defendant, Andrea Nowak

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOMETRONICS, INC,** a Texas Corporation,<br><br>             Plaintiff,<br><br>    vs.<br><br>**CECIL FRED REACER,** an individual, **ELECTRONIC ARCHI-TECHS, INC.,** A Nevada Corporation, **ANDREA NOWAK,** an Individual, **SHEILA REACER,** an Individual, and DOES 1 through 10, inclusive.<br><br>             Defendants. | CASE NO 5:08-CV-1751 JF (HRL)<br><br>[~~PROPOSED~~]<br><br>**ORDER AND STIPULATION OF PLAINTIFF HOMETRONICS AND DEFENDANT ANDREA NOWAK TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>**Date:** August 8, 2008<br>**Time:** 10:30 A.M.<br>**Courtroom:** Hon. Jeremy Fogel |

- 1 -
STIPULATION OF HOMETRONICS AND ANDREA NOWAK TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON

1  WHEREAS, Pursuant to the Court's Case Management Conference Order, Rule 26(a) Reports were due on Tuesday, July 29, 2008; and

WHEREAS, Plaintiff HomeTronics, Inc. and Defendant Andrea Nowak have reached a settlement and are in the process of preparing settlement papers, that will include the filing of a voluntary dismissal with each side to bear its own fees and costs;

WHEREAS, Defendants Cecil Fred Reacer, Electronic Archi-Techs, Inc., and, Sheila Reacer have failed to answer Plaintiff HomeTronic's Complaint;

WHEREAS, Plaintiff HomeTronics is presently preparing a Motion seeking an Order requesting that this Honorable Court Compel a response from Defendants Cecil Fred Reacer, Electronic Archi-Techs, Inc., and, Sheila Reacer to expedited discovery, including regarding the location of assets in case of a Default Judgment;

WHEREAS, Plaintiff HomeTronics, Inc. and Defendant Andrea Nowak require more time in which to prepare their Settlement Agreement;

WHEREAS, this Stipulation is not intended for the purpose of delay;

IT IS HEREBY STIPULATED, by and between Plaintiff HomeTronics, Inc. and the only answering Defendant, Andrea Nowak, through each of their respective undersigned counsel, and subject to the approval of this Honorable Court, that the Case Management Conference be continued for one month, so that Plaintiff HomeTronics, Inc. and Defendant Andrea Nowak may prepare its final Settlement Agreement and Stipulation of Dismissal, and so that Plaintiff HomeTronics, Inc. may prepare and file its Motion for Expedited Discovery.

HANKIN PATENT LAW, APLC

Dated: August 7, 2008        By:        / Marc E. Hankin /

Marc E. Hankin, Esq.
Attorneys for Plaintiff,
**HOMETRONICS, INC.**

1
2  Dated: August 7, 2008        By:
3                                          /s/ Lawrence G. Townsend
4                                          Lawrence G. Townsend, Esq.
5                                          Attorneys for Defendant,
6                                          **Andrea Nowak**
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Good Cause having been shown, it is hereby Ordered that the Initial Case Management Conference shall be continued until September __19__, 2008 and the Rule 26(a) Report shall be due on or before September __8__, 2008.

**IT IS SO ORDERED.**

Dated: ___8/8/08___

_____
Honorable Jeremy Fogel
United States District Court Judge