```
 1  LAWRENCE G. TOWNSEND  (SBN 88184)
    LAW OFFICES OF LAWRENCE G. TOWNSEND
 2  455 Market Street, 19th Floor
    San Francisco, California 94105
 3  Telephone:  (415) 882-3288
    Facsimile:   (415) 882-3299
 4  E-Mail:  ltownsend@owe.com

 5  Attorneys for Defendant
    ANDREA NOWAK
 6
    MARC E. HANKIN (SBN:  170505)
 7  E-Mail:  Marc@HankinPatentLaw.com
    IMRAN F. VAKIL (SBN: 248859)
 8  E-Mail:  Imran@HankinPatentLaw.com
    HANKIN PATENT LAW,
 9  A Professional Corporation
    6404 Wilshire Boulevard, Suite 1020
10  Los Angeles, CA  90048-5512
    Telephone:  (323) 801-0260
11  Facsimile:   (323) 801-0266

12  Attorneys for Plaintiff, HomeTronics, Inc.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMETRONICS, INC. a Texas corporation | Case No. CV 08 1751 JF |
| Plaintiff, | **STIPULATION AND [PROPOSED} ORDER RE DISMISSAL OF COMPLAINT AGAINST DEFENDANT ANDREA NOWAK** |
| vs. | |
| CECIL FRED REACER, an individual, ELECTRONIC ARCHI-TECHS, INC., a Nevada corporation, ANDREA NOWAK, an individual, SHEILA REACER, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1

---

Stipulation and [Proposed] Order Re Dismissal of Complaint Against Defendant Andrea Nowak; Case No.: CV 08-1751 JF

Pursuant to F.R.C.P. 41(a)(1)(ii), the parties herein, by and through their counsel of record, hereby stipulate that the complaint as against Defendant Andrea Nowak only be dismissed without prejudice, with each side bearing its own attorneys' fees and costs.

Dated: August 26, 2008        LAW OFFICES OF LAWRENCE G. TOWNSEND

By:  /s/ Lawrence G. Townsend
　　　Lawrence G. Townsend
Attorneys For Defendant
ANDREA NOWAK

Dated: August 26, 2008        HANKIN PATENT LAW, APC

By:  /s/ Mark E. Hankin
　　　Marc E. Hankin
Attorneys For Plaintiff
HOMETRONICS, INC.

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2008    _____
Jeremy Fogel
United States District Judge

S:\LGT-TENA\NOWAK\Stip-ProposedOrder-Dismissal.wpd

Stipulation and [Proposed] Order Re Dismissal of Complaint Against Defendant Andrea Nowak; Case No.: CV 08-1751 JF