```
LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: (415) 882-3288
Facsimile:  (415) 882-3299
E-Mail: ltownsend@owe.com

Attorneys for Defendant
ANDREA NOWAK

MARC E. HANKIN (SBN: 170505)
E-Mail: Marc@HankinPatentLaw.com
IMRAN F. VAKIL (SBN: 248859)
E-Mail: Imran@HankinPatentLaw.com
HANKIN PATENT LAW,
A Professional Corporation
6404 Wilshire Boulevard, Suite 1020
Los Angeles, CA 90048-5512
Telephone: (323) 801-0260
Facsimile:  (323) 801-0266

Attorneys for Plaintiff, HomeTronics, Inc.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMETRONICS, INC. a Texas corporation<br><br>                Plaintiff,<br><br>  vs.<br><br>CECIL FRED REACER, an individual, ELECTRONIC ARCHI-TECHS, INC., a Nevada corporation, ANDREA NOWAK, an individual, SHEILA REACER, an individual, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. CV 08 1751 JF<br><br>**STIPULATION AND [PROPOSED} ORDER RE DISMISSAL OF COMPLAINT AGAINST DEFENDANT ANDREA NOWAK** |

1

---

Stipulation and [Proposed] Order Re Dismissal of Complaint Against Defendant Andrea Nowak; Case No.: CV 08-1751 JF

1
2      Pursuant to F.R.C.P. 41(a)(1)(ii), the parties herein, by and through their counsel of
3  record, hereby stipulate that the complaint as against Defendant Andrea Nowak only be
4  dismissed without prejudice, with each side bearing its own attorneys' fees and costs.
5
6  Dated: August 26, 2008      LAW OFFICES OF LAWRENCE G. TOWNSEND
7
    By:    /s/ Lawrence G. Townsend
        Lawrence G. Townsend
8      Attorneys For Defendant
    ANDREA NOWAK
9
10 Dated: August 26, 2008      HANKIN PATENT LAW, APC
11
12     By:    /s/ Mark E. Hankin
        Marc E. Hankin
13     Attorneys For Plaintiff
    HOMETRONICS, INC.
14
15
16
17      8/28/08 IT IS SO ORDERED.
18                                 Judge Jeremy Fogel, US District Court
19
20
21
22
23
24
25
26
27
28                               2